UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DLANEY NIXON,

    Petitioner,

v.

J. HEMMINGWAY,

    Respondent.

Case No. 19-cv-13211
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Opinion and Order Denying the Petition for Writ of Habeas Corpus (ECF No. 1) and Closing This Case, dated February 22, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 22, 2022
Detroit, Michigan